# **Exhibit C**



# CT Lien Solutions
a Wolters Kluwer Business

## Filing Results

JEFFREY NEGRON
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

Date:         05/24/2013
Order #:      38271956
Customer #:   504674
Reference 1:  99992/370
Reference 2:  --

**Target Name:** Art Assure Ltd. LLC

**Jurisdiction:** Secretary of State, Delaware

Filing Type:  UCC Financing Statement            Searched Through: --
Results:      See attached filing acknowledgement

**Document Listing:**

| File # | File Date | Type of Filing |
| --- | --- | --- |
| 20131986943 | 05/23/2013 | Original Financing Statement |

NANCY WIFORD
Columbus Team 6
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
(800) 713-0728 Ext.3546
nancy.wiford@wolterskluwer.com

This report contains information compiled from sources which CT Lien Solutions considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT Lien Solutions in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. The categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

CT Lien Solutions
Nancy Wiford
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 05:20 PM 05/23/2013*
*INITIAL FILING # 2013 1986943*

*SRV: 130646362*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **Art Assure Ltd. LLC**

1c. MAILING ADDRESS: 136 East 74th Street
CITY: New York
STATE: NY
POSTAL CODE: 10021
COUNTRY: USA

1e. TYPE OF ORGANIZATION: Limited Liability Company
1f. JURISDICTION OF ORGANIZATION: Delaware
1g. ORGANIZATIONAL I.D.#: 4735257

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

[blank]

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **HNW Family Office, AG**

3c. MAILING ADDRESS: Seestrasse 77, Postfach CH-8703 Erlenbach
CITY: Zurich
COUNTRY: Switzerland

4. This FINANCING STATEMENT covers the following collateral:

See EXHIBIT A attached hereto and made apart hereof.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG/LIEN ☐NON-UCC FILING

8. OPTIONAL FILER REFERENCE DATA
To be filed with the Delaware Secretary of State     Debtor: Art Assure Ltd. LLC

(1) FILING OFFICE COPY - NATIONAL FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)     38271956

ny-1075051

## UCC-1 FINANCING STATEMENT

## EXHIBIT A

ART ASSURE LTD. LLC (the "Debtor")

and

HNW FAMILY OFFICE, AG (the "Secured Party")

A. This financing statement covers continuing security interest in the following (the "Collateral"), wherever located:

(a) all of the Debtor's right, title and interest in and to all the works of art identified on Schedule 1 hereto, and any works that may be substituted therefor in accordance with Section 3 to the Security Agreement dated January 18, 2013, made by and between Art Assure Ltd. LLC and HNW Family Office, AG (the "Works");

(b) all of the Debtor's right, title and interest in and to all proceeds recovered due to a casualty with respect to any Work; and

(c) all proceeds of any and all of the foregoing Collateral .

ny-1075051



## CT Lien Solutions
a Wolters Kluwer Business

# Filing Results

**JEFFREY NEGRON**
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104

Date:           05/24/2013
Order #:        38271956
Customer #:  504674
Reference 1: 99992/370
Reference 2: --

**Target Name: Art Assure Ltd. LLC**

**Jurisdiction: Secretary of State, Delaware**

| Filing Type: | UCC Financing Statement | Searched Through: -- |
|---|---|---|
| Results: | See attached filing acknowledgement | |

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 20131986943 | 05/23/2013 | Original Financing Statement |

NANCY WIFORD
Columbus Team 6
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
(800) 713-0728 Ext.3546
nancy.wiford@wolterskluwer.com

This report contains information compiled from sources which CT Lien Solutions considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT Lien Solutions in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. The categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

> CT Lien Solutions
> Nancy Wiford
> 4400 Easton Commons Way, Suite 125
> Columbus, Ohio 43219

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 05:20 PM 05/23/2013*
*INITIAL FILING # 2013 1986943*

*SRV: 130646362*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Art Assure Ltd. LLC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 136 East 74th Street | New York | NY | 10021 | USA |
| 1d. SEE INSTRUCTIONS | ADD'NL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Limited Liability Company | 1f. JURISDICTION OF ORGANIZATION: Delaware | 1g. ORGANIZATIONAL I.D.#, if any: 4735257 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'NL INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL I.D.#, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HNW Family Office, AG | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Seestrasse 77, Postfach CH-8703 Erlenbach | Zurich | | | Switzerland |

4. This FINANCING STATEMENT covers the following collateral:

See EXHIBIT A attached hereto and made apart hereof.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG/LIEN ☐NON-UCC FILING

6. ☐This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

8. OPTIONAL FILER REFERENCE DATA

To be filed with the Delaware Secretary of State          **Debtor: Art Assure Ltd. LLC**

(1) FILING OFFICE COPY - NATIONAL FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)          38271956

ny-1075051

## UCC-1 FINANCING STATEMENT

### EXHIBIT A

ART ASSURE LTD. LLC (the "Debtor")

and

HNW FAMILY OFFICE, AG (the "Secured Party")

A. This financing statement covers continuing security interest in the following (the "Collateral"), wherever located:

(a) all of the Debtor's right, title and interest in and to all the works of art identified on Schedule 1 hereto, and any works that may be substituted therefor in accordance with Section 3 to the Security Agreement dated January 18, 2013, made by and between Art Assure Ltd. LLC and HNW Family Office, AG (the "Works");

(b) all of the Debtor's right, title and interest in and to all proceeds recovered due to a casualty with respect to any Work; and

(c) all proceeds of any and all of the foregoing Collateral.

ny-1075051