UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HNW FAMILY OFFICE AG,

               Plaintiff,

– against –

ART ASSURE LTD., LLC,

               Defendant.

**ORDER**

17 Civ. 7464 (ER)

RAMOS, D.J.:

      On September 16, 2020, HNW improperly filed a motion for default. On September 21, the Clerk of Court rejected the entry. Accordingly, HNW is directed to properly file a Proposed Clerk's Certificate of Default. ECF Rule 16.1. If the Certificate is issued, HNW is directed to file a proposed order and all supporting documentation as provided in Attachment A to this Court's Individual Rules by November 1, 2020. Failure to comply with this Order could result in sanctions, up to and including dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   October 2, 2020
           New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.