UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HNW FAMILY OFFICE AG, <br><br> Plaintiff, <br><br> v. <br><br> ART ASSURE LTD., LLC <br><br> Defendant. | **ORDER** <br><br> 17 Civ. 7464 (ER) |

Ramos, D.J.:

On January 24, 2022, the parties asked for an extension of the briefing schedule on a motion to compel. That day, the Court granted the extension and set a schedule of March 2, 2022 (motion); March 22, 2022 (opposition); and April 1, 2022 (reply). As of today, neither party has filed any papers relating to the motion.

Accordingly, the parties are instructed to provide a status update to the Court by Tuesday, April 19, 2022. Any subsequent failure to abide by Court orders will result in sanctions, including dismissal for failure to prosecute.

It is SO ORDERED.

Dated: April 18, 2022
New York, New York

Edgardo Ramos, U.S.D.J.