UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HNW FAMILY OFFICE AG,

                Plaintiff,

– against –

ART ASSURE LTD., LLC,

                Defendant.

**ORDER**

17-cv-07464 (ER)

Ramos, D.J.:

      The parties submitted a joint status letter on June 2, 2023, indicating that an outstanding deposition would be completed by June 30, 2023, after which the parties would request scheduling a settlement conference in July 2023. Doc. 61. Since then, there has been no activity in this case. Plaintiff is directed to submit a status update by December 22, 2023. Failure to do so may result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

      It is SO ORDERED.

Dated:  December 6, 2023
           New York, New York

                                                EDGARDO RAMOS, U.S.D.J.