UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HNW FAMILY OFFICE AG, | Civil Action No. 17-cv-7464 |
| Plaintiff, | |
| v. | **[Proposed] JUDGMENT** |
| ART ASSURE LTD., LLC, | |
| Defendant. | |

WHEREAS, on March 8, 2024, Plaintiff HNW Family Office AG moved for summary judgment pursuant to Fed. R. Civ. P. 56 on both the breach of contract and replevin claims in the Complaint against Defendant Art Assured Ltd, LLC, [Doc. 69], seeking money damages in the amount of $607,415, plus prejudgment interest, and a writ of replevin. [*See* Doc. 70 at 13–14];

WHEREAS, on April 3, 2024, Defendant filed its opposition to the motion for summary judgment. [Doc. 76];

WHEREAS, on January 15, 2025, this Court entered the Opinion and Order (i) granting summary judgment in favor of Plaintiff on the breach of contract claim, (ii) denying summary judgment in favor of Plaintiff on its replevin claim, (iii) directing Plaintiff to file with the Court a proposed form of judgment as to the $607,415 due, together with its claimed accrued interest by no later than February 5, 2025; and (iv) directing Defendant to file any objections by no later than February 12, 2025 [Doc No. 84];

WHEREAS, Plaintiff submitted a proposed form of judgment on February 5, 2025 [Doc No. 84]; Defendant objected to the proposed form of judgment on March 5, 2025 arguing that the start date for the accrual of interest should be June 11, 2013 [Doc. No. 89]; and Plaintiff on March 13, 2025 agreed to a start date of June 30, 2013 [Doc. No. 91]; and

;

WHEREAS, the Court has considered the submission of the parties;

It Is Hereby:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff HNW Family Office AG have judgment against Defendant Art Assured Ltd, LLC in the amount of $1,212,432.[1]

Dated: March 27, 2024
New York, N.Y.

_____
Hon. Edgardo Ramos, U.S.D.J.

---

[1] Principal amount of $607,415, plus interest of $607,415 (9% from June 30, 2013).

2